# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 163

State of North Dakota,                                Plaintiff and Appellee

     v.

Ryan Michael Lindquist,                          Defendant and Appellant

## No. 20200022

Appeal from the District Court of McLean County, South Central Judicial District, the Honorable Cynthia Feland, Judge.

AFFIRMED.

Per Curiam.

Ladd R. Erickson, State's Attorney, Washburn, ND, for plaintiff and appellee; submitted on brief.

Russell J. Myhre, Enderlin, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1] Ryan Lindquist appeals from a criminal judgment after entering conditional pleas following an order denying his motion to suppress. On appeal, Lindquist states his "main contention upon [his] motion to suppress was that because Lindquist was immediately detained at the scene . . . [his] detention was violative of Lindquist's Fourth Amendment rights." While Lindquist makes a conclusory statement that his detention was unlawful, he failed to adequately develop an argument in support of this contention. The district court's findings have adequate support in the record. "Our Court will not consider an argument that is not adequately articulated, supported, and briefed." *State v. Bachmeier*, 2007 ND 42, ¶ 10, 729 N.W.2d 141. We summarily affirm under N.D.R.App.P. 35.1(a)(2),(7).

[¶2]  Jon J. Jensen, C.J.
    Lisa Fair McEvers
    Daniel J. Crothers
    Jerod E. Tufte
    Gerald W. VandeWalle